569 A.2d 927

**Bernard ROTHMAN, Petitioner,**

v.

**The COURT OF COMMON PLEAS OF DAUPHIN COUNTY, Pennsylvania, Respondent.**

**No. 17 M.D.Misc.Dkt. 1988.**

Supreme Court of Pennsylvania.

Argued Oct. 25, 1988.

Decided Feb. 5, 1990.

## ORDER

PER CURIAM:

AND NOW, this 5th day of February, 1990, the Application for Reargument is denied.